# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

May 15, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> The request is DENIED. The parties should submit the joint letter and proposed case management plan, described at Dkt. 6, by May 19 at 2:00 PM.
>
> The Clerk of Court is directed to terminate the motion at Dkt. 15.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Dated: May 15, 2025

Re:   *Senior v. Turtlebox Audio LLC*
      Case No.: 1:25-cv-1370

Dear Judge Subramanian,

The undersigned represents Frank Senior, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Turtlebox Audio LLC, ("Defendant"). With Defendant's consent, the undersigned respectfully requests that the Initial Conference scheduled for May 22, 2025, at 2:00 PM (Dkt. 6) be adjourned for 30 days because the Parties would like this additional time to discuss a possible dispositive resolution without further judicial intervention. This is the Plaintiff's first request for an adjournment.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.