UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x

FRANK SENIOR, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

           Plaintiffs,

           v.

TURTLEBOX AUDIO LLC,

           Defendant.

------------------------------ x

No.: 1:25-cv-1370

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), FRANK SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without fees and costs against Defendant, TURTLEBOX AUDIO LLC.

Dated:   New York, New York
          May 27, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED:

_____
United States District Court Judge